*Solicitor General* for petitioner.  *Mr. Robert D. Benedict* for respondent.

---

No. 561. THE LEATHER MANUFACTURERS' NATIONAL BANK OF NEW YORK CITY, PETITIONER, *v.* CHARLES H. TREAT, COLLECTOR, ETC. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank W. Hackett* for petitioner. *The Attorney General* and *Mr. Solicitor General Hoyt* for respondent.

---

No. 582. NEW YORK TELEPHONE COMPANY, PETITIONER, *v.* CHARLES H. TREAT, COLLECTOR, ETC. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. C. Walter Artz* and *Mr. Melville Egleston* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 586. LOTTIE R. RUSSELL, PETITIONER, *v.* BENJAMIN RUSSELL ET AL. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. John G. Carlisle* and *Mr. John H. Hazelton* for petitioner. *Mr. Walter H. Bacon* for respondents.

---

No. 616. THE DISTRICT OF COLUMBIA, PETITIONER, *v.* JOHN W. LEE. May 1, 1905. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. A. B. Duvall, Mr. E. H. Thomas* and *Mr. F. H. Stephens* for petitioner. *Mr. A. E. L. Leckie* for respondent.

---

No. 620. FRANK KELLEY ET AL., PETITIONERS, *v.* THE DIAMOND DRILL AND MACHINE COMPANY. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of